No. 02–10615. CASTRO-JIMENEZ v. UNITED STATES (Reported below: 61 Fed. Appx. 921); CUERO-VALENCIA v. UNITED STATES (61 Fed. Appx. 920); LARA-MACHUCA v. UNITED STATES (61 Fed. Appx. 922); VARGAS-SAUCEDO v. UNITED STATES (61 Fed. Appx. 920); ACOSTA-MONTES v. UNITED STATES (61 Fed. Appx. 919); BALDERAS-CANALES v. UNITED STATES (61 Fed. Appx. 922); HERNANDEZ-BAUTISTA v. UNITED STATES (61 Fed. Appx. 922); LICEA-FEREGRINO v. UNITED STATES (61 Fed. Appx. 922); RAMIREZ-HERNANDEZ v. UNITED STATES (61 Fed. Appx. 921); and SAAVEDRA-RIOS v. UNITED STATES (61 Fed. Appx. 922). C. A. 5th Cir. Certiorari denied.

No. 02–10616. REDHOUSE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 02–10618. RICKETTS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–10621. LOPEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–10622. DAY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–10625. BECKSTEAD v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 02–10626. OVANDO-ROCHOL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–10628. NUNGARAY-BELTRAN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–10631. DAY v. CHANDLER, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 02–10633. PEYTON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–10639. LOWERY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–10642. PEPPERS, AKA CAIN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–10643. MORONTA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.